BENJAMIN B. WAGNER
United States Attorney
BARBARA G. BORKOWSKI
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>MEGAN L. BLACKBURN,<br><br>            Defendant. | No. 2:13-MJ-00111-CKD<br><br>ORDER VACATING COURT TRIAL AND SETTING A CHANGE OF PLEA, AND SENTENCING HEARING<br><br>Date:  July 1, 2013<br>Time:  9:30 p.m.<br>Judge: Hon. Carolyn K. Delaney |

It is hereby ordered that the court trial set for July 1, 2013 at 9:30 p.m. is VACATED.  It is further ordered that a change of plea and sentencing hearing is set for May 23, 2013, at 9:30 a.m.

IT IS SO ORDERED.

Dated: May 15, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE