IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MEGAN L. BLACKBURN,<br><br>    Defendant. | 2:13-mj-00111-CKD<br><br>**ORDER TO SHOW CAUSE AND ORDER TO ISSUE JUDICIAL SUMMONS RE: PROBATION REVOCATION** |

**ORDER TO SHOW CAUSE**

It is HEREBY ORDERED that the defendant appear on May 29, 2014, at 9:30 a.m. to show cause why the probation granted on May 23, 2013, should not be revoked for the defendant's failure to pay her Court-ordered fine and special assessment and failure to comply with her special conditions of supervision, to wit: fifty (50) hours of community service. The Clerk's office shall issue a summons directing the defendant to appear on May 29, 2014 at 9:30 a.m.

Dated: May 19, 2014

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE